UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLOS GILBERT LAW,

Plaintiff,

v.

PINEDA, et al.,

Defendants.

Case No. 26-cv-06046-EMC

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case 26-cv-06046-EMC is hereby **REFERRED** to the Honorable Vince Chhabria for consideration of whether the case is related to *Law v. Pineda*, 3:25-cv-08559-VC.

**IT IS SO ORDERED.**

Dated: 7/9/2026

_____
EDWARD M. CHEN
United States District Judge